WJR

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:06-CR-225-BO-1

UNITED STATES OF AMERICA )
)
v. ) INDICTMENT
)
EDDIE LAMONT FOX )

The Grand Jury charges that:

## COUNT ONE

On or about the 10th day of February, 2006, in the Eastern District of North Carolina, EDDIE LAMONT FOX, defendant herein, did knowingly, intentionally, and unlawfully distribute five (5) grams or more of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

On or about the 16th day of February, 2006, in the Eastern District of North Carolina, EDDIE LAMONT FOX, defendant herein, did knowingly, intentionally, and unlawfully distribute five (5) grams or more of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

On or about the 22nd day of February, 2006, in the Eastern District of North Carolina, EDDIE LAMONT FOX, defendant herein, did knowingly, intentionally, and unlawfully distribute five (5) grams or more of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

On or about the 3rd day of March, 2006, in the Eastern District of North Carolina, EDDIE LAMONT FOX, defendant herein, did knowingly, intentionally, and unlawfully distribute five (5) grams or more of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL

_____
FOREPERSON

DATE: _____9-6-06_____

GEORGE E.B. HOLDING
Acting United States Attorney

*Winnie J. Reaves*

BY: WINNIE JORDAN REAVES
Assistant United States Attorney

...tify the foregoing to be a true and correct copy of the original.
Michael Brooks, Acting Clerk
United States District Court
Eastern District of North Carolina

By _____

Case 5:06-cr-00225-BO   Document 1   Filed 09/07/06   Page 2 of 2