USM



**FILED**

OCT 1 1 2006

US DISTRICT COURT, EDNC
BY _____ DEP. CLK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**
    **VS.**
**EDDIE LAMONT FOX**

   address:

**WARRANT FOR ARREST**
**CASE NUMBER: 5:06-CR-225-1-BO-1**



RECEIVED

SEP 1 3 2006

U.S. Marshals Service, EDNC

**To: The United States Marshal and**
   **any Authorized United States Office**

**YOU ARE HEREBY COMMANDED to arrest  Eddie Lamont Fox**

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

  **X**  **INDICTMENT   Information    Complaint   Order Of Court   Violation Notice    Probation Violation Petition**

**CHARGING HIM OR HER WITH (Brief description of offense)**
**Ct's - 1-4 - DISTRIBUTION OF 5 GRAMS OR MORE OF COCAINE BASE (CRACK)**
      **21§841(a)(1)**

**In violation of Title_____  United States Codes, Section(s)_____**

**MICHAEL BROOKS**
**Name of Issuing Officer**

*Fleur Steele*

**Signature of Issuing Officer**

**ACTING CLERK**
**Title of Issuing Officer**

 **September 13, 2006  Raleigh**
**Date and Location**

 **RECOMMENDED:**
**Bail fixed at DETENTION**

**by:**  **U.S. Attorney**
**Name of Judicial Officer**

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at _____ *Rocky Mount, NC.* _____

_____ **Date Received**

*John Tomlinson, DEA*
**(Name and Title of Arresting Officer)**
**(Signature)**

*10-04-2006*
**Date of Arrest**

*By Karen U. Thomas*
*USMS, E/NC*